B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of Massachusetts

In re  HOLLY J. TIBBETS and
JOSHUA J. TIBBETS _____,

Case No.  18-12346-JEB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Headlands Residential Series Ownertrust,
Series E
_____
Name of Transferee

Headlands Residentail Owner Trust,
Series E, by U.S. Bank Trust N.A....
_____
Name of Transferor

Name and Address where notices to transferee
should be sent:
BSI Financial Services
314 S. Franklin St., 2nd Floor
Titusville, PA 16354

Phone:  888-482-7271
Last Four Digits of Acct #:  5556

Court Claim # (if known):  4-1
Amount of Claim:  $188,120.44
Date Claim Filed:  08/08/2018

Phone:  800-495-7166
Last Four Digits of Acct. #:  9382

Name and Address where transferee payments
should be sent (if different from above):
BSI Financial Servcies
PO Box 679002
Dallas, TX 75267-9002

Phone: _____
Last Four Digits of Acct #:  5556

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michael E. Swain, Esq. _____
     Transferee/Transferee's Agent

Date:  12/15/2022 _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.